# LUM, DRASCO & POSITAN LLC

COUNSELORS AT LAW

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068-1049
(973) 403-9000

**ARTHUR M. OWENS**

ALSO ADMITTED IN NEW YORK

NEW YORK OFFICE
325 BROADWAY
NEW YORK, NY 10007
(212) 775-9002

FAX (973) 403-9021

www.lumlaw.com

April 30, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/09

(973) 228-6745

AOWENS@LUMLAW.COM

**Via Fax: 212-805-0390 & Regular Mail**
Honorable William H. Pauley, III
United States District Court
For the Southern District of New York
500 Pearl Street
New York NY 10007-1312

RECEIVED
APR 30 2009
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re: **Corcoran Law Group, LLC, et al. v. Posner, Posner and Associates P.C. et al.**
Docket No. 09civ1861 (WHP)
Our File No.: 23985-7

Application Granted.
SO ORDERED:
WILLIAM H. PAULEY III U.S.D.J.
5/4/09

Dear Judge Pauley:

As your Honor is aware, this firm represents the Corcoran Group, LLC and Hudson City Bancorp Inc. (Plaintiffs) in connection with the above-referenced litigation. Pursuant to your Honor's Order of March 25, 2009, an initial Pretrial Conference is scheduled for May 8, 2009 at 12:00 p.m. I also note that the defendants' counsel has requested that a pre-motion conference also occur on May 8, 2009.

In this matter, Dennis J. Drasco, Esq., is attorney of record for the Plaintiffs and is admitted to practice in the Southern District of New York. I am the associate that has been assisting Mr. Drasco in connection with this case. On May 8, 2009, Mr. Drasco will be unavailable and out of state, in connection with a professional speaking engagement.

My application for admission to the Southern District of New York is currently pending. Presently, I am in good standing and admitted to practice in New York and New Jersey State Courts as well as the Federal District of New Jersey. While my firm certainly could send another attorney who is admitted to practice in the Southern District of New York, <u>I ask that I be permitted to attend the conference despite the fact that my application for admission is pending.</u> I have been involved in this litigation since its inception and have been in constant contact with the client. I submit to the Court that my presence would be beneficial for the purposes of conducting the Case Management Conference. If Your Honor so desires, we can arrange to have

313563_1



## LUM, DRASCO & POSITAN LLC

Honorable William H. Pauley, III
April 30, 2009
Page 2

another attorney from my firm who is admitted in the Southern District of New York attend the Conference in my stead.

    I thank the Court for all kind courtesies and attention. Please let me know if any further information is needed in this regard.

Respectfully yours,

LUM, DRASCO & POSITAN, LLC

AMO:pac

*Arthur M. Owens*
ARTHUR M. OWENS
For the Firm

Cc: Douglas G. Tischler, Esq. – **Via Fax: 516-357-3074 & Regular Mail**

313563_1

TOTAL P.03