USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE CORCORAN LAW GROUP, L.L.C. et ano.,  :

                Plaintiffs,  :

-against-  :

JANE Y. POSNER, ESQ. et al.,  :

                :

              Defendants.
----------------------------------------X

09 Civ. 1861 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for an initial pre-trial/pre-motion conference on May 8, 2009, the following schedule is established on consent:

        1.     Defendants shall serve and file their motion to stay by May 19, 2009;

        2.     Plaintiff shall serve and file its opposition to the motion by May 28, 2009;

        3.     Defendants shall serve and file any reply by June 2, 2009; and

        4.     Oral argument concerning the motion shall take place on June 5, 2009, at 10:30 a.m.

        5.     The parties shall complete all discovery by August 31, 2009;

        6.     The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by September 30, 2009; and

7. A final pre-trial conference shall take place on October 9, 2009, at 10:30 a.m.

Dated: May 8, 2009
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Dennis J. Drasco, Esq.
Lum Danzis Drasco&Positan (NJ)
103 Eisenhower Parkway
Roseland, NJ 07068
*Counsel for Plaintiff*

Douglas Garrett Tischler, Esq.
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556
*Counsel for Defendants*