# LUM, DRASCO & POSITAN LLC

COUNSELORS AT LAW

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068-1049
(973) 403-9000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09

ARTHUR M. OWENS

ALSO ADMITTED IN NEW YORK

NEW YORK OFFICE
325 BROADWAY
NEW YORK, NY 10007
(212) 775-9002

WRITER'S DIRECT LINE:
(973) 228-6745

AOWENS@LUMLAW.COM

FAX (973) 403-9021

www.lumlaw.com

October 15, 2009

RECEIVED
OCT 19 2009
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**Via Regular Mail**
Clerk, United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007-1312

Re:   *Corcoran Law Group, LLC, et al. v. Posner, Posner and Associates P.C. et al.*

Dear Sir or Madam:

This firm represents plaintiffs, the Corcoran Law Group, LLC, and Hudson City Bancorp, Inc., in connection with the above-referenced matter.

On June 4, 2009, this firm submitted an amended complaint, pursuant to Fed R. Civ P. 15(a)(1), naming Martin L. Posner, Esq., as a defendant in this matter. Thereafter, this matter was stayed pursuant to Judge William H. Pauley, III, Order dated June 10, 2009. The present Defendants' counsel has refused to accept service on behalf of Mr. Posner, and thus far we have not received a completed summons from the clerk's office in order to serve the amended complaint upon Mr. Posner. This matter is presently stayed and the upcoming status conference has been adjourned until November 20, 2009. Plaintiffs request that a summons be issued so that the amended complaint can be served upon Mr. Posner in the intervening time period so this matter can proceed without delay once the stay is lifted.

Thank you for your attention to this matter.

Application Granted.

Very truly yours,

SO ORDERED:

LUM, DRASCO & POSITAN, LLC

_____
WILLIAM H. PAULEY III U.S.D.J.
10/26/09

ARTHUR M. OWENS
For the Firm

cc: Hon. William H. Pauley, III, U.S.D.J. (via Regular Mail)
    Douglas G. Tischler, Esq. (via Regular Mail)

LDP&

322714_1