# RIVKINRADLER
ATTORNEYS AT LAW

**DOUGLAS TISCHLER**
PARTNER
(516) 357-3074
doug.tischler@rivkin.com

April 15, 2010





Hon. William H. Pauley, III
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re: *The Corcoran Law Group, LLC and Hudson City Bankcorp, Inc. d/b/a Hudson v. Jane Y. Posner, Esq., Posner, Posner & Associates P.C. and John and Jane Doe*
Docket No.: 09-CV-1861(WHP)
RR File No.: 009104-00026

Dear Judge Pauley:

This office represents the defendants, Jane Y. Posner, Esq. and Posner, Posner & Associates P.C., in the above-referenced action. The purpose of the letter is to request that the court conference scheduled for May 7, 2010 be adjourned until sometime after May 25, 2010 for the following reason.

As you recall, Your Honor has stayed this action pending the outcome of a related criminal action against Ms. Posner. I have been advised by Ms. Posner's former criminal defense attorney, Barry Warhit, that Ms. Posner's sentencing has been adjourned from April 13, 2010 to May 25, 2010. Mr. Warhit has been appointed to the bench and attorney Paul Pickelle has been substituted as counsel for Ms. Posner in the criminal action. Accordingly, it is respectfully submitted that the stay remain in effect until May 25, 2010 and that the court conference be adjourned until sometime after May 25, 2010.

*Application granted*

*This Court will hold a conference on May 27, 2010 at 10:00 a.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com



Hon. William H. Pauley, III
April 15, 2010
Page 2

Thank you for your attention to this matter.

                                    Respectfully yours,

                                    RIVKIN RADLER LLP

                                    Douglas Tischler

DT:eir

cc:    Arthur Owens, Esq.
        Barry E. Warhit, Esq.
        Paul Pickelle, Esq.

2357521 v1