

# RIVKIN RADLER
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

DOUGLAS TISCHLER
PARTNER
(516) 357-3074
doug.tischler@rivkin.com

May 25, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2010
```

RECEIVED
MAY 25 2010
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**VIA FACSIMILE**

Hon. William H. Pauley, III
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:  *The Corcoran Law Group, LLC and Hudson City*
*Bankcorp, Inc. d/b/a Hudson v. Jane Y. Posner, Esq.,*
*Posner, Posner & Associates P.C. and John and Jane Doe*
Docket No.: 09-CV-1861(WHP)
RR File No.: 009104-00026

Dear Judge Pauley:

This office represents the defendants, Jane Y. Posner, Esq. and Posner, Posner & Associates P.C., in the above-referenced action. The purpose of the letter is to request that the court conference scheduled for this Thursday, May 27, 2010, be adjourned until sometime after July 13, 2010, for the following reason.

As you recall, Your Honor has stayed this action pending the outcome of a related criminal action against Ms. Posner. I have been advised by Ms. Posner's criminal defense attorney, Paul Pickelle, that at today's court proceedings Ms. Posner's sentencing was unexpectedly adjourned to July 13, 2010. Accordingly, it is respectfully submitted that the stay remain in effect until July 13, 2010 and that the court conference be adjourned until sometime after July 13, 2010.

*This Court will hold a Conference on June 1, 2010 at 11:00 a.m.*

SO ORDERED:  *Application Denied*

[signature]
WILLIAM H. PAULEY III U.S.D.J.
May 28, 2010

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495



Hon. William H. Pauley, III
May 25, 2010
Page 2

Thank you for your attention to this matter.

Respectfully yours,

RIVKIN RADLER LLP

Douglas Tischler

DT:eir

cc: Arthur Owens, Esq. (Via Facsimile)
Paul Pickelle, Esq. (Via Facsimile)

2371387 v1